Tim Warriner (SB#166128)
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 448-5346

Attorney for Defendant
TERESA MARIA MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR S 07 00314 FCD |
| Plaintiff, ) | STIPULATION AND ORDER EXTENDING TIME TO FILE BOND DOCUMENTS |
| v. ) | |
| TERESA MARIA MORALES, ENRIQUE MORALES, *et al.,* ) | |
| Defendant. ) | |

Defendants Teresa Maria Morales and Enrique Morales were ordered released on August 8, 2007. Within 14 days, both defendants (who are husband and wife) were have a $100,000 secured bond lodged with the court. Additional time is needed to complete the process of filing a bond secured by real property. Therefore, the parties stipulate that the secured bond for both Teresa Maria Morales and Enrique Morales will be filed by **August 29, 2007.**

Dated: August 22, 2007        /s/ Tim Warriner, Attorney for Teresa Morales

Dated: August 22, 2007        /s/ Bruce Locke, Attorney for Enrique Morales

Dated: August 22, 2007        /s/ Matthew Stegman, Assistant U.S. Attorney

\\\

1

ORDER

IT IS HEREBY ORDERED that defendants Teresa Maria Morales and Enrique Morales will have until August 29, 2007 to file their $100,000 bonds secured by real property.

DATED: August 23, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/morales0314.stipord