BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
Enrique Morales

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-07-314 FCD |
| Plaintiff, | WAIVER OF PERSONAL APPEARANCE |
| v. | |
| ENRIQUE MORALES, | |
| Defendant. | |

Defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, trial confirmation, empaneling of jury, or imposition of sentence. Defendant hereby requests the Court to proceed during every absence of his that the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial on any day that the Court may fix in his absence.

DATED: May 21, 2008        /S/ Enrique Morales
                           ENRIQUE MORALES

APPROVED:

DATED: May 21, 2008        /S/ Bruce Locke
                           BRUCE LOCKE
                           Attorney for Enrique Morales

1

IT IS SO ORDERED.

DATED: May 22, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE