IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 2:07-CR-00314-KJM |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| TERESA MARIA MORALES, and ENRIQUE LUIS MORALES, | ) |
| Defendants. | ) |

The United States' Motion to Dismiss the Indictment only as it relates to Teresa Maria Morales and Enrique Luis Morales is **GRANTED**.

Dated:  February 23, 2015

_____
UNITED STATES DISTRICT JUDGE