Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Teresa Morales

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TERESA MORALES and ENRIQUE<br><br>MORALES,<br><br>Defendants | Case No. 07-cr-00314 TLN<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR EXONERATION OF BOND AND RETURN SECURITY AND PASSPORT |

In 2007, Teresa Morales and her husband, Enrique Morales, were released on $100,000 secured appearance bonds. The release for both defendants was secured by residential property. Copies of the Deeds of Trust securing the release of both Teresa and Enrique Morales are attached hereto as Exhibits "A" and "B."

As part of their pretrial release conditions, Teresa and Enrique Morales surrendered their passports. Docket Entries 65 & 66.

Because the government has dismissed the case against Teresa and Enrique Morales, there remains no need for the secured bonds. Therefore, it is requested that the secured bonds, for both Teresa and Enrique Morales, be exonerated and that the Court reconvey the security interest, to wit, the deeds of trust. It is further requested that both defendants' United States Passports be returned.

1

| | |
|---|---|
| DATED: March 2, 2015 | /s/ Timothy E. Warriner, Attorney for Defendant, Teresa Morales |
| DATED: March 2, 2015 | /s/ Bruce Locke, Attorney for Defendant, Enrique Morales |
| DATED: March 2, 2015 | /s/ Andre Espinosa, Assistant U.S. Attorney for the Government |

ORDER

GOOD CAUSE APPEARING, and pursuant to the above stipulation, the secured bonds of both Teresa Morales and Enrique Morales are hereby exonerated. The Clerk of the Court is directed forthwith to reconvey the security interests, to wit, the deeds of trust, to Teresa and Enrique Morales by mailing the reconveyance to the defendants' address: 1605 Spumante Way, Gonzales, CA 93926. Teresa and Enrique Morales's United States Passports, if in possession of the Court, are also to be returned.

DATED: March 4, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE